# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KRISTALYN TALMER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Docket no. 2:20-cr-00084-GZS |
| v. ) | 2:21-cr-00004-GZS |
| ) | 2:22-cv-00104-GZS |
| UNITED STATES OF AMERICA, ) | 2:23-cv-00110-GZS |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER ADOPTING RECOMMENDED DECISION

On October 30, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 167 in 2:20-cr-84 & ECF No. 45 in 2:21-cr-4).  No objections have been filed.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 167/45) is hereby **ADOPTED**.
2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.
3. Petitioner's Amended Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 155/35) is hereby **DENIED**.

A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of November, 2023.